IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELIA JOYCE FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV649 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DOUGLAS COUNTY SCHOOL DISTRICT 0001, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

This matter comes before the Court on the parties' Joint Motion to Dismiss. (Filing No. 10). The Joint Motion indicates that the above-captioned action has been resolved to the satisfaction of the parties. Being duly advised, the Court finds that this case should be dismissed, with prejudice, each party to bear its own costs and fees.

SO ORDERED.

February 14, 2007.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge